IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **RANDOM CHAT, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ABERCROMBIE & FITCH CO.,**<br><br>    **Defendant.** | **Case No. 2:24-cv-00450-JRG**<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Abercrombie & Fitch Co., by and through its undersigned counsel, hereby states that Abercrombie & Fitch Co. is a publicly traded corporation (NYSE: ANF). Abercrombie & Fitch Co. has no parent corporation. BlackRock, Inc. (NYSE: BLK) owns more than 10% of Abercrombie & Fitch Co.'s stock. No other publicly traded company holds 10% or more of Abercrombie & Fitch Co.'s stock.

Dated: October 7, 2024            Respectfully submitted,

By: */s/ Ricardo J. Bonilla*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
Nan Lan
Texas Bar No. 24121711
lan@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

**COUNSEL FOR DEFENDANT
ABERCROMBIE & FITCH CO.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 7, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Ricardo J. Bonilla*
Ricardo J. Bonilla